**BURCH & CRACCHIOLO, P.A.**
702 East Osborn Road
Phoenix, Arizona 85014
Telephone (602) 274-7611
Facsimile (602) 234-0341
hmeyers@bcattorneys.com

Howard C. Meyers, SBA #005007

ATTORNEYS FOR Loren Jessen, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COLLEGE PROPERTIES 1 & 2 LIMITED PARTNERS,<br><br>Debtor. | Chapter 11<br><br>Case No. 2-05-10095-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Howard C. Meyers of the law firm of Burch & Cracchiolo, P.A. hereby enters his appearance on behalf of Loren Jessen, as Trustee of the Henry Jessen Trust dated March 9, 1993, and the Evelyn L. Jessen Trust dated December 12, 1993, and requests that all notices, pleadings and other filings in this case be mailed to the following address:

> Howard C. Meyers, Of Counsel
> BURCH & CRACCHIOLO, P.A.
> 702 East Osborn Road, Suite 200
> Phoenix, Arizona 85014
> Telephone: (602) 234-8762
> Facsimile: (602) 234-0341
> e-mail: hmeyers@bcattorneys.com
>
> Attorneys for Loren Jessen, as Trustee of the Henry Jessen Trust dated March 9, 1993, and the Evelyn L. Jessen Trust dated December 12, 1993

| | |
|---|---|
| 1 | **DATED** this 26th day of July, 2005. |

```
                                        BURCH & CRACCHIOLO, P.A.


                                        By: /s/ Howard C. Meyers   #005007
                                            Howard C. Meyers, Of Counsel
                                            702 East Osborn Road, Suite 200
                                            Phoenix, Arizona 85014
                                            Attorneys for Loren Jessen, as Trustee
                                            of the Henry Jessen Trust dated
                                            March 9, 1993, and the Evelyn L.
                                            Jessen Trust dated December 12,
                                            1993
```

**ORIGINAL** filed electronically with the United States Bankruptcy Court for the District of Arizona this 26th day of July, 2005.

**COPY** of the foregoing mailed this 26th day of July, 2005, to:

John T. Ryan
Attorney at Law
3440 N. 16th Street, Suite 5
Phoenix, AZ 85016
Counsel for Debtor

John F. Battaile III
Clifford B. Altfeld
LEONARD FELKER ALTFELD GREENBERG & BATTAILE, P.C.
250 N. Mayer
P.O. Box 191
Tucson, AZ 85702-0191
Attorneys for Equity Security Holders Landis Mitchell, Anthony DePetris and Patricia Palmer

Richard J. Cuellar
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003-1706
Trustee

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 North First Ave., Ste. 204
Phoenix, AZ 85003

/s/ Howard C. Meyers

-2-

F:\JESSEN FAMILY ENTITIES\Re College Park Bankruptcies\Pleadings\NotcAppearance 072505.wpd