LEONARD FELKER ALTFELD
GREENBERG & BATTAILE, P.C.
250 N. Meyer Avenue
Tucson, Arizona 85701
(520) 622-7733
Fax: (520) 622-7967
John F. Battaile III
Clifford B. Altfeld
Attorney No.: Pima County Bar: 3136; Arizona State Bar: 004103
Attorney No.: Pima County Bar: 1360; Arizona State Bar: 005573
Attorneys for Equity Security Holders Landis Mitchell, Anthony DePetris and Patricia Palmer

UNITED STATED BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                ) Chapter 11
                                      )
COLLEGE PROPERTIES 1 & 2              ) No. 2-05-10095-CGC
LIMITED PARTNERS,                     )
                                      ) NOTICE OF APPEARANCE
        Debtor.                       ) AND REQUEST FOR NOTICE
                                      )
                                      )
_____)

Notice is hereby given that pursuant to Bankruptcy Rules 9010(b) and 2002(g), Clifford B. Altfeld and John F. Battaile III of Leonard Felker Altfeld Greenberg & Battaile, P.C. hereby enter their appearance on behalf of Equity Security Holders Landis Mitchell, Anthony DePetris and Patricia Palmer and request that all notices, pleadings and other filings in this case be mailed to the following address:

> Clifford B. Altfeld
> John F. Battaile III
> Leonard Felker Altfeld
> Greenberg & Battaile, P.C.
> 250 N. Meyer Avenue
> Tucson, AZ 85701

Respectfully submitted this 29th day of July, 2005.

                    LEONARD FELKER ALTFELD
                    GREENBERG & BATTAILE, P.C.


                     /s/ Clifford B. Altfeld
                    _____
                    John F. Battaile III
                    Clifford B. Altfeld
                    Attorneys for Equity Security Holders
                    Landis Mitchell, Anthony DePetris and
                    Patricia Palmer

| | |
|---|---|
| 1 | Copy of the foregoing mailed this<br>29th day of July 2005 to: |
| 2 | |
| 3 | John T. Ryan<br>3440 N. 16th Street, Suite 5<br>Phoenix, AZ 85016 |
| 4 | Attorney for Debtor |
| 5 | ILENE J. LASHINSKY<br>United States Trustee |
| 6 | |
| 7 | Richard J. Cuellar<br>Trial Attorney<br>230 North First Avenue, #204 |
| 8 | Phoenix, AZ 85003-1706 |
| 9 | Howard C. Meyers<br>Burch & Cracchiolo, P.A. |
| 10 | 702 East Osborn Road, Suite 200<br>Phoenix, AZ 85014 |
| 11 | Attorneys for Loren Jessen, as Trustee of the<br>Henry Jessen Trust dated March 9, 1993 and the |
| 12 | Evelyn L. Jessen Trust dated December 12, 1993 |
| 13 | /s/ Joan Harvey<br>C:\wp\Mitchell\noticeofappearance.wpd |