**BERENS, KOZUB, LORD & KLOBERDANZ PLC**
Daniel L. Kloberdanz, #012231
7047 E. Greenway Parkway, Suite 140
Scottsdale, Arizona 85254
(480) 624-2777

Attorneys for Creditors Richard A. Brandt and
 Direct Connection, Inc. Pension Fund

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COLLEGE PROPERTIES 1 & 2 LIMITED PARTNERS,<br><br>Debtor. | Chapter 11<br><br>Case No. 2-05-10095-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Daniel L. Kloberdanz of the law firm of Berens, Kozub, Lord & Kloberdanz, PLC hereby enters his appearance on behalf of Creditors Richard A. Brandt and Direct Connection, Inc. Pension Fund, and requests that all notices, pleadings and other filings in this case be mailed to the following address:

> Daniel K. Kloberdanz
> Berens, Kozub, Lord & Kloberdanz, PLC
> 7047 East Greenway Pkwy, #140
> Telephone: (480) 624-2777
> Facsimile: (480) 607-2215
> e-mail: dkloberdanz@bkl-az.com
> **Attorneys for** Richard A. Brandt and
> Direct Connection, Inc. Pension Fund

1  **DATED** this 12th day of August, 2005.

2                                                    BERENS, KOZUB, LORD & KLOBERDANZ **PLC**

3                                                    _/s/ Daniel Kloberdanz_
                                                     Daniel L. Kloberdanz, #012231
4                                                    7047 E. Greenway Parkway, Suite 140
                                                     Scottsdale, Arizona 85254
5                                                    Creditors Richard A. Brandt and
                                                        Direct Connection, Inc. Pension Fund
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| 1 | **ORIGINAL** filed electronically with the United States Bankruptcy |
| 2 | Court for the District of Arizona this 12th day of August, 2005. |
| 3 | |
| 4 | **COPY** of the foregoing mailed this 12th day of August, 2005, to: |

1 **ORIGINAL** filed electronically with the United States Bankruptcy
2 Court for the District of Arizona this 12th day of August, 2005.
3
4 **COPY** of the foregoing mailed this 12th day of August, 2005, to:

5 John T. Ryan
Attorney at Law
6 3440 N. 16th Street, Suite 5
Phoenix, AZ 85016
7 Counsel for Debtor

8 Howard Meyers
Burch & Cracchiolo, PA
9 702 E. Osborn Rd. #200
Phoenix, AZ 85014
10 Attorneys for Loren Jessen, Trustee

11 John F. Battaile III
Clifford B. Altfeld
12 LEONARD FELKER ALTFELD
GREENBERG & BATTAILE, P.C.
13 250 N. Mayer
P.O. Box 191
14 Tucson, AZ 85702-0191
Attorneys for Equity Security
15 Holders Landis Mitchell, Anthony
DePetris and Patricia Palmer
16
Richard J. Cuellar
17 OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., #204
18 Phoenix, AZ 85003-1706
Trustee
19
U.S. Trustee
20 OFFICE OF THE U.S. TRUSTEE
230 North First Ave., Ste. 204
21 Phoenix, AZ 85003

22 /s/ Daniel L. Kloberdanz

23

24

25

26