James E. Cross, Bar No. 009063
Brenda K. Martin, Bar No. 013318
**OSBORN MALEDON P.A.**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2794
Telephone: (602) 640-9307
Facsimile: (602) 664-2077
E-mail:     jcross@omlaw.com
            bmartin@omlaw.com

Proposed Counsel for Brian J. Mullen, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>COLLEGE PROPERTIES, LTD.,<br><br>Debtor.<br>In re<br><br>COLLEGE PROPERTIES, II,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-05-bk-010095-PHX-CGC<br><br>(Jointly Administered)<br><br>Case No. 2-05-bk-015155-PHX-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |

The law firm of Osborn Maledon P.A., by James E. Cross, Esq., gives notice of its appearance as attorneys of record for the Chapter 11 Trustee, Brian J. Mullen. Counsel requests that notices of all proceedings and copies of all pleadings in the above-entitled Chapter 11 proceedings be served upon counsel as follows:

James E. Cross, Esq.
Brenda K. Martin, Esq.
OSBORN MALEDON P.A.
2929 N. Central, Suite 2100
Phoenix, Arizona 85012
Phone: (602) 640-9307
Fax:  (602) 664-2077
jcross@omlaw.com
bmartin@omlaw.com

DATED this 27th day of September, 2005.

**OSBORN MALEDON P.A.**

By: /s/ James E. Cross, Esq. (009063)_____
James E. Cross, Esq.
Brenda K. Martin, Esq.
2929 North Central, Suite 2100
Phoenix, Arizona 85012
Proposed Counsel for Chapter 11 Trustee

A copy of the foregoing sent this
27th day of September, 2005, to:

Richard J. Cuellar
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
Ric.j.cuellar@usdoj.gov

Brian J. Mullen
P. O. Box 32247
Phoenix, AZ 85064
Chapter 11 Trustee

John. T. Ryan, Esq.
3440 N. 16th Street, Ste. 5
Phoenix, AZ 85016
Jryan44341@aol.com
Attorneys for Debtors

Howard C. Meyers, Esq.
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Rd., Suite 200
Phoenix, AZ 85014
hmeyers@bcattorneys.com
Attorneys for Loren Jessen, as Trustee
of the Henry Jessen Trust dated March 9,
1993, and the Evelyn L. Jessen Trust dated
December 12, 1993

| | |
|---|---|
| 1 | Clifford B. Altfeld |
| 2 | John F. Battaile III |
|   | Leonard Felker Altfeld |
| 3 | GREENBERG & BATTAILE, P.C. |
|   | 250 N. Meyer Ave. |
| 4 | Tucson, AZ  85701 |
| 5 | Attorneys for Equity Security Holders |
|   | Landis Mitchell, Anthony DePetris and Patricia Palmer |
| 6 | |
| 7 | Daniel K. Kloberdanz |
|   | BERENS, KOZUB, LORD & KLOBERDANZ, P.L.C. |
| 8 | 7047 E. Greenway Pkwy., Suite 140 |
|   | Scottsdale, AZ  85254 |
| 9 | dkloberdanz@bkl-az.com |
| 10 | Attorneys for Richard A. Brandt and Direct |
|    | Connection, Inc. Pension Fund |
| 11 | |
| 12 | /s/ Lori A. Dickman |