LEONARD FELKER ALTFELD
GREENBERG & BATTAILE, P.C.
250 N. Meyer Avenue
Tucson, Arizona 85701
(520) 622-7733
Fax: (520) 622-7967
John F. Battaile III
Clifford B. Altfeld
Attorney No.: Pima County Bar: 3136; Arizona State Bar: 004103
Attorney No.: Pima County Bar: 1360; Arizona State Bar: 005573
Attorneys for Equity Security Holders Landis Mitchell, Anthony DePetris and Patricia Palmer

UNITED STATED BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLLEGE PROPERTIES LIMITED PARTNERSHIP, | ) ) | Case No. 2-05-10095-PHX-CGC |
| | ) | (Jointly Administered) |
| Debtor. | ) ) | |
| | ) | |
| In re: | ) | Case No. 2-05-015155-PHX-CGC |
| | ) | |
| COLLEGE PROPERTIES, II, | ) | |
| | ) | |
| Debtor. | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Notice is hereby given that pursuant to Bankruptcy Rules 9010(b) and 2002(g), Clifford B. Altfeld and John F. Battaile III of Leonard Felker Altfeld Greenberg & Battaile, P.C. hereby enter their appearance on behalf of Equity Security Holders Landis Mitchell, Anthony DePetris and Patricia Palmer and request that all notices, pleadings and other filings in this case be mailed to the following address:

> Clifford B. Altfeld
> John F. Battaile III
> Leonard Felker Altfeld
> Greenberg & Battaile, P.C.
> 250 N. Meyer Avenue
> Tucson, AZ 85701

| | |
|---|---|
| 1 | Respectfully submitted this 29th day of September, 2005. |
| 2 | LEONARD FELKER ALTFELD GREENBERG & BATTAILE, P.C. |

       /s/ Clifford B. Altfeld
       John F. Battaile III
       Clifford B. Altfeld
       Attorneys for Equity Security Holders
       Landis Mitchell, Anthony DePetris and
       Patricia Palmer