Brian W. Hendrickson, SBA No. 002799
**THE HENDRICKSON LAW FIRM, PLLC**
2133 E. Warner Road, Suite 106
Tempe, Arizona 85284
Tel. (480) 345-7500
Fax:(480) 345-6406
Attorney for Interested Party Overture Partners, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COLLEGE PROPERTIES, LTD,<br><br>Debtor.<br><br>In re<br><br>COLLEGE PROPERTIES, II,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:05-bk-010095 PHX-CGC<br><br>(Jointly Administered)<br><br>Case No. 2:05-bk-015155 PHX-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Brian W. Hendrickson and the Hendrickson Law Firm, P.L.L.C., give notice of appearance in this Chapter 11 case as counsel for interested party, Overture Partners, LLC and request that copies of all notices to creditors and other parties in interest in this case be sent to the following attorney and at the address indicated:

> Brian W. Hendrickson
> Hendrickson Law Firm, P.L.L.C.
> 2133 E. Warner Rd, Ste. 106
> Tempe, AZ 85284
> e-mail: bwh@hendricksonlaw.net

Dated this 28th day of November, 2005.

> THE HENDRICKSON LAW FIRM, PLLC
> /s/ Brian W. Hendrickson
> By: Brian W. Hendrickson , Atty for Overture Partners, LLC

| | |
|---|---|
| 1 | |
| 2 | **ORIGINAL** of the foregoing filed ECF and |
| 3 | **COPY** of the mailed this 28th day of November, 2005, to: |
| 4 | Office Of The U.S. Trustee |
| 5 | 230 N. First Ave., #204<br>Phoenix, Az 85003-1706 |
| 6 | |
| 7 | James Cross<br>Osborn Maledon PA |
| 8 | 2929 N. Central Avenue 21st Fl.<br>Phoenix, AZ 85012-2974 |
| 9 | Attorney for Trustee |
| 10 | |
| 11 | /s/ MML |
| 12 | \\Server\office work\Misc\College Properties\notice of appearance.doc |

-2-