Randy Nussbaum, #006417
Kevin J. Rattay, #011057
**JABURG & WILK, P.C.**
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
rxn@jaburgwilk.com

Attorneys for Black Mountain Homes, L.L.C.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under |
| COLLEGE PROPERTIES, LTD, a Limited Partnership, | Chapter 11 |
| COLLEGE PROPERTIES, II, an Arizona Limited Partnership | Case No: 2-05-bk-10095-CGC and Case No. 2-05-bk-15155-RJH |
| Debtors. | Jointly Adm. as Case No. **2-05-bk-10095-CGC** |
| | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Randy Nussbaum, Kevin J. Rattay and the law firm of Jaburg & Wilk, P.C., hereby give notice of their appearance as attorneys for Black Mountain Homes, L.L.C., in the above-referenced proceedings. It is hereby specifically requested that copies of all notices and filings in the above-captioned matter and any related case be sent to the following counsel:

Randy Nussbaum, Esq.
Kevin J. Rattay, Esq.
**JABURG & WILK, P.C.**
14500 N. Northsight Blvd., Suite 116
Scottsdale, Arizona 85260

DATED this 14th day of March 2006.

**JABURG & WILK, P.C.**

Randy Nussbaum
Kevin J. Rattay
Attorneys for Black Mountain Homes, LLC

999-999/SED/SED/520245_v1

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed |
| 2 | this 14th day of March 2006 to: |
| 3 | Clifford B. Altfeld |
|   | LEONARD FELKER ALTFELD ET AL. |
| 4 | 250 N. Meyer Avenue |
|   | Tucson, Arizona 85701 |
| 5 | Attorneys for Debtor |
| 6 | Brian J. Mullen |
|   | c/o James E. Cross |
| 7 | OSBORN MALEDON, P.A. |
|   | 2929 N. Central Avenue, #2100 |
| 8 | Phoenix, Arizona 85012 |
|   | Chapter 11 Trustee |
| 9 | |
|   | Richard J. Cuellar |
| 10 | OFFICE OF THE U.S. TRUSTEE |
|   | 230 North First Avenue, Suite 204 |
| 11 | Phoenix, Arizona 85003 |
| 12 | /s/ Suellen Lombardo |

2

999-999/SED/SED/520245_v1

Case 2:05-bk-10095-DPC   Doc 86   Filed 03/14/06   Entered 03/14/06 15:24:36   Desc
Main Document    Page 2 of 2