Charles T. Stegall     (006457)
Loren I. Thorson       (018933)
STEGALL, KATZ & WHITAKER, P.C.
531 East Thomas Road, Suite 102
Phoenix, Arizona 85012-3239
Telephone:   (602) 241-9221
Facsimile:   (602) 285-1486

Attorneys for Tom D'Ambrosio

File No. 10670.002

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>COLLEGE PROPERTIES, LTD, a limited partnership,<br><br>COLLEGE PROPERTIES, II, an Arizona limited partnership,<br><br>Debtors. | In Proceedings Under<br><br>Chapter 11<br><br>Case No: 2-05-bk-10095-CGC and<br>Case No: 2-05-bk-15155-RJH<br><br>Jointly Adm. as Case No. 2-05-bk-10095-CGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Charles T. Stegall and the law firm of Stegall, Katz & Whitaker, P.C., hereby give notice of their appearance as attorneys for interested party Tom D'Ambrosio, in the above-referenced proceedings. It is hereby specifically requested that copies of all notice and filing in the above-captioned matter and any related case be sent to the following counsel:

> Charles T. Stegall, Esq.
> STEGALL, KATZ & WHITAKER, P.C.
> 531 East Thomas Road, Suite 102
> Phoenix, Arizona 85012-3239

**DATED** this 15th day of August, 2006.

STEGALL, KATZ & WHITAKER P.C.

By _/s/ Charles T. Stegall_
Charles T. Stegall
531 East Thomas Road, Suite 102
Phoenix, Arizona 85012
Attorneys for Tom D'Ambrosio

| | |
|---|---|
| 1 | |
| 2 | **ORIGINAL** of the foregoing filed this * day of August, 2006, |
| 3 | with **COPY** mailed to: |
| 4 | James E. Cross |
| 5 | Brenda K. Marton<br>Osborn Maledon, PA |
| 6 | 2929 North Central, 21st Floor<br>Phoenix, Arizona 85012-2974 |
| 7 | Attorney for Trustee |
| 8 | Randy Nussbaum, Esq. |
| 9 | Kevin J. Rattay, Esq.<br>JABURG & WILK, P.C. |
| 10 | 145000 N. Northsight Boulevard<br>Suite 116 |
| 11 | Scottsdale, AZ 85260<br>Attorneys for Black Mountain Homes, L.L.C. |
| 12 | Charles Kelhoffer, Esq. |
| 13 | Geoffrey M. Khotim, Esq.<br>Ridenour, Hienton, Kelhoffer, Lewis & Garth |
| 14 | 201 North Central, Suite 3300<br>Phoenix, Arizona 85004-1052 |
| 15 | Attorneys for Montage |
| 16 | John Battaile, III, Esq. |
| 17 | Greenberg & Battaile, P.C.<br>250 N. Meyer Avenue |
| 18 | Tucson, Arizona 85701<br>Special Counsel for Trustee |
| 19 | & Mitchell, DePetris & Palmer |
| 20 | John T. Ryan, Esq. |
| 21 | 3440 N. 16th Street, Suite 5<br>Phoenix, AZ 85016-7125 |
| 22 | Attorney for Debtor |
| 23 | By: _____ |
| 24 | S:\Client Files\CTS CASES\D'Ambrosio\College Properties\Pleadings\Notice of appearance & request for notice.wpd |

2