LAW OFFICES OF DONALD W. HUDSPETH, P.C.
Donald W. Hudspeth (012198)
3030 N. Central Ave, Suite 604
Phoenix, Arizona 85012
(602) 265-7997
Attorney for Creditor Anthony De Petris

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | **Chapter 7 proceedings** |
| COLLEGE PROPERTIES, LTD., | Case No. 2-05-bk-010095-PHX-CGC |
| Debtor. | (Jointly Administered) |
| | Case No. 2-05-bk-015155-PHX-CGC |
| COLLEGE PROPERTIES, II, LTD. | **NOTICE OF WITHDRAWAL OF ANTHONY DePETRIS' MOTION TO DISQUALIFY CHAPTER 7 TRUSTEE BRIAN MULLEN AND FOR THE APPOINTMENT OF AN EXAMINER** |
| Debtor. | |

Anthony DePetris (DePretris), a limited partner in the above named Debtors, by and through counsel undersigned, hereby give notice of his withdrawal of his Motion to Disqualify Chapter 7 Trustee, Brian Mullen and for the Appointment of an Examiner.

. . .

. . .

DATED this 13th day of August, 2007.

**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**

By  s/ Donald W. Hudspeth
    Donald W. Hudspeth, Esq.

**ORIGINAL** of the foregoing
filed this 13th day of August, 2007, with:

The Clerk of the Court
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, Arizona 85003

**COPY** of the foregoing hand delivered
This 13th day of August, 2007, to:

Ilene J. Lashinsky, U.S. Trustee
Office of the United States Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003

Richard J. Cuellar
Office of the United States Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003

**COPY** of the foregoing mailed this
13th day of August, 2007, to:

James E. Cross, Esq.
Brenda K. Martin, Esq.
Osborn Maledon, PA
2929 North Central, Suite 2100
Phoenix, AZ 85012
Counsel for Brian J. Mullen, Chapter 7 Trustee

Brian Mullen
Post Office Box 32247
Phoenix, AZ 85064
Chapter 11 Trustee

| | |
|---|---|
| 1 | Clifford B. Altfeld |
| 2 | John F. Battaile, III |
|   | Leonard Felker Altfeld Greenberg & Battaile, PC |
| 3 | 250 N. Meyer |
|   | Post Office Box 191 |
| 4 | Tucson, AZ 85072-0191 |
| 5 | Special Counsel for Chapter 11 Trustee |
| 6 | Geoffrey M. Khotim |
|   | Tamalyn Lewis |
| 7 | Ridenour Hienton Harper Kelhoffer Lewis & Garth PLLC |
| 8 | 201 North Central, Suite 3300 |
|   | Phoenix, AZ 85004 |
| 9 | Counsel for Montage Parties |
| 10 | |
|    | Charles Stegall, Esq. |
| 11 | Loren I. Thorson, Esq. |
|    | Stegall, Katz & Whitaker, PC |
| 12 | 531 East Thomas Road, Suite 102 |
| 13 | Phoenix, AZ 85012 |
|    | Attorneys for Thomas & Bella D'Ambrosio |
| 14 | |
|    | Thomas McCarville, Esq. |
| 15 | McCarville Law Firm |
| 16 | 501 North Florence Street, Suite 101 |
|    | Casa Grande, AZ 85222 |
| 17 | Attorneys for Landis Mitchell |
| 18 | |
|    | Randy Nussbaum, Esq. |
| 19 | Kevin J. Rattay, Esq. |
|    | Jaburg & Wilk, PC |
| 20 | 14500 North Northsight Blvd, #116 |
| 21 | Scottsdale, AZ 85260 |
|    | Counsel for Black Mountain Homes, LLC |
| 22 | |
| 23 | |
|    |  s/ Richard Morquecho  |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

Case 2:05-bk-10095-DPC    Doc 265    Filed 08/13/07    Entered 08/13/07 12:40:41    Desc
Main Document    Page 3 of 3