**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
Donald W. Hudspeth (012198)
3030 N. Central Ave, Suite 604
Phoenix, Arizona  85012
(602) 265-7997
Email:  TheFirm@AzBusLaw.com
Attorney for Creditor Anthony De Petris

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | **Chapter 7 Proceedings** |
| COLLEGE PROPERTIES, LTD., | Case No. 2-05-bk-010095-PHX-CGC |
| Debtor. | (Jointly Administered) |
| _____ | Case No. 2-05-bk-015155-PHX-CGC |
| COLLEGE PROPERTIES, II, LTD. | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| Debtor. | |
| _____ | |

Anthony DePetris ("Respondent"), a limited partner in the above named Debtors, by and through counsel undersigned, hereby submits this Stipulation for Substitution of Counsel, substituting Joseph T. Stewart and the Law Office of Joseph T. Stewart, PLLC, as counsel of record and removing former counsel of record, Donald W. Hudspeth and the Law Office of Donald W. Hudspeth, P.C., in the above-entitled and numbered action.

All further pleadings and notices in this matter should be mailed to:

Joseph T. Stewart, Esq.
Law Office of Joseph T. Stewart, PLLC
1100 East Washington Street, Suite 200
Phoenix, AZ 85034.

DATED this 2nd day of October, 2007.

**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**

By  s/ Donald W. Hudspeth
    Donald W. Hudspeth, Esq.

**LAW OFFICE OF JOSEPH T. STEWART, PLLC**

By  s/ Joseph T. Stewart
    Joseph T. Stewart, Esq.

**ORIGINAL** of the foregoing
filed this 2nd day of October, 2007, with:

The Clerk of the Court
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, Arizona 85003

**COPY** of the foregoing hand delivered
this 2nd day of October, 2007, to:

Ilene J. Lashinsky, U.S. Trustee
Office of the United States Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003

Richard J. Cuellar
Office of the United States Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003

2

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed this |
| 2 | 2nd day of October, 2007, to: |
| 3 | James E. Cross, Esq. |
|   | Brenda K. Martin, Esq. |
| 4 | Osborn Maledon, PA |
| 5 | 2929 North Central, Suite 2100 |
|   | Phoenix, AZ  85012 |
| 6 | Counsel for Brian J. Mullen, Chapter 7 Trustee |
| 7 | Brian Mullen |
| 8 | Post Office Box 32247 |
|   | Phoenix, AZ  85064 |
| 9 | Chapter 11 Trustee |
| 10 | Clifford B. Altfeld |
| 11 | John F. Battaile, III |
|    | Leonard Felker Altfeld Greenberg & Battaile, PC |
| 12 | 250 N. Meyer |
| 13 | Post Office Box 191 |
|    | Tucson, AZ  85072-0191 |
| 14 | Special Counsel for Chapter 11 Trustee |
| 15 | Geoffrey M. Khotim |
| 16 | Tamalyn Lewis |
|    | Ridenour Hienton Harper Kelhoffer Lewis & Garth PLLC |
| 17 | 201 North Central, Suite 3300 |
| 18 | Phoenix, AZ  85004 |
|    | Counsel for Montage Parties |
| 19 | |
|    | Charles Stegall, Esq. |
| 20 | Loren I. Thorson, Esq. |
| 21 | Stegall, Katz & Whitaker, PC |
|    | 531 East Thomas Road, Suite 102 |
| 22 | Phoenix, AZ  85012 |
| 23 | Attorneys for Thomas & Bella D'Ambrosio |
| 24 | Thomas McCarville, Esq. |
|    | McCarville Law Firm |
| 25 | 501 North Florence Street, Suite 101 |
| 26 | Casa Grande, AZ  85222 |
|    | Attorneys for Landis Mitchell |
| 27 | |

| | |
|---|---|
| 1 | Randy Nussbaum, Esq. |
| 2 | Kevin J. Rattay, Esq. |
| | Jaburg & Wilk, PC |
| 3 | 14500 North Northsight Blvd, #116 |
| | Scottsdale, AZ 85260 |
| 4 | Counsel for Black Mountain Homes, LLC |
| 5 | |
| | Joseph T. Stewart, Esq. |
| 6 | Law Offices of Joseph T. Stewart, PLLC |
| | 1100 East Washington Street, Suite 200 |
| 7 | Phoenix, AZ 85034 |
| 8 | Attorney for Anthony DePetris and Patricia Palmer |

s/ Cindy Barton