**MEMORANDUM OF POINTS AND AUTHORITIES**

During the pendency of an action initiated on behalf of Anthony dePetris by undersigned counsel for the return of unearned fees related to representation as advisory counsel in this action (Maricopa County Superior Court case number CV2007-021951), James M. LaGanke began a series of *ex parte* telephone and in-person conversations with both Mr. dePetris and Ms. Palmer resulting in Mr. LaGanke submitting a written demand that undersigned counsel dismiss the Superior Court action and cease representation in this matter, stating that he was engaged as new counsel in this matter. *See* LaGanke fax letters, attached hereto as **Exhibit 1**. Further, Mr. LaGanke, apparently on behalf of Mr. dePetris and Ms. Palmer, has threatened to file a Complaint against undersigned counsel for malpractice related to representation in this matter, although Mr. dePetris and Ms. Palmer will not confirm this.

To date, undersigned counsel has not received a notice of substitution of counsel, has not seen a notice of appearance filed, or any other formal indication that Mr. LaGanke intends to respond to pending motions or appear at scheduled hearings in this matter.

Based on the foregoing, it is necessary that undersigned counsel be immediately granted leave to withdraw as counsel of record in this matter, as there is no meaningful way to represent our divergent interests.

As a last request, undersigned counsel moves the Court for an order granting an enlargement of time within which to respond to the Trustee's pending motion and that the hearing currently scheduled for August 20, 2008 be reset to allow for Mr. dePetris and Ms. Palmer to assert their positions either *pro per* or with the assistance of counsel.

. . .

. . .

. . .

. . .

. . .