Joseph T. Stewart (SB #022047)
**LAW OFFICE OF JOSEPH T. STEWART, P.L.L.C.**
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034
Tel: (602) 253-3366
Fax: (602) 253-8599
joseph.stewart@azbar.org

*Attorney for*: dePetris and Palmer

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 Proceedings |
|---|---|
| COLLEGE PROPERTIES, LTD., | Case No. 2-05-bk-010095-PHX-CGC |
| | Case No. 2-05-bk-015155-PHX-CGC |
| Debtor. | (Jointly Administered) |
| In re | **MOTION TO WITHDRAW AS COUNSEL OF RECORD, TO ENLARGE TIME TO RESPOND TO TRUSTEE'S MOTION AND TO RESET HEARING** |
| COLLEGE PROPERTIES, II, | |
| Debtor. | |
| | **(Expedited Ruling Requested)** |

Counsel for the Plaintiff hereby moves the Court for an order granting leave to withdraw as counsel of record in this matter. At this time, counsel and the Plaintiff have differences which can not be reconciled. As a result of *ex parte* communication between attorney James M. LaGanke and counsel's clients, Anthony dePetris and Patricia Palmer, they no longer accept the advice of Counsel which necessitates the expedited grant of the relief requested herein. Further, to protect the interests of Mr. dePetris and Ms. Palmer, counsel requests that the Court enlarge the time within which to respond to the Trustee's request for attorney fees and costs and that the

hearing on the same be reset to allow for briefing on the matter. This Motion is not made for any improper purpose such as delay and is supported by the following Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 11th day of August, 2008.

**LAW OFFICE OF JOSEPH T. STEWART, P.L.L.C.**

By: /s/ Joseph T. Stewart
Joseph T. Stewart
Attorney for dePetris and Palmer

**MEMORANDUM OF POINTS AND AUTHORITIES**

During the pendency of an action initiated on behalf of Anthony dePetris by undersigned counsel for the return of unearned fees related to representation as advisory counsel in this action (Maricopa County Superior Court case number CV2007-021951), James M. LaGanke began a series of *ex parte* telephone and in-person conversations with both Mr. dePetris and Ms. Palmer resulting in Mr. LaGanke submitting a written demand that undersigned counsel dismiss the Superior Court action and cease representation in this matter, stating that he was engaged as new counsel in this matter. *See* LaGanke fax letters, attached hereto as **Exhibit 1**. Further, Mr. LaGanke, apparently on behalf of Mr. dePetris and Ms. Palmer, has threatened to file a Complaint against undersigned counsel for malpractice related to representation in this matter, although Mr. dePetris and Ms. Palmer will not confirm this.

To date, undersigned counsel has not received a notice of substitution of counsel, has not seen a notice of appearance filed, or any other formal indication that Mr. LaGanke intends to respond to pending motions or appear at scheduled hearings in this matter.

Based on the foregoing, it is necessary that undersigned counsel be immediately granted leave to withdraw as counsel of record in this matter, as there is no meaningful way to represent our divergent interests.

As a last request, undersigned counsel moves the Court for an order granting an enlargement of time within which to respond to the Trustee's pending motion and that the hearing currently scheduled for August 20, 2008 be reset to allow for Mr. dePetris and Ms. Palmer to assert their positions either *pro per* or with the assistance of counsel.

. . .

. . .

. . .

. . .

. . .

3

WHEREFORE, undersigned counsel respectfully requests that the Court grant leave to withdraw as counsel of record, enlarge the time within which to respond to Trustee's motion and reset the hearing set for August 20, 2008.

RESPECTFULLY SUBMITTED this 11th day of August, 2008.

**LAW OFFICE OF JOSEPH T. STEWART, P.L.L.C.**

By: /s/ Joseph T. Stewart
Joseph T. Stewart
Attorney for dePetris and Palmer

COPY OF THE FOREGOING
delivered via U.S. Mail this 11th day of August, 2008 to:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Anthony dePetris
Patricia Palmer
6117 Wilshire Drive
Scottsdale, Arizona 85257

James M. LaGanke
13236 N. 7th Street, Ste. 4-257
Phoenix, Arizona 85022

Richard J. Cuellar
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Daniel K Kolberdanz
**BERENS, KOZUB, LORD & KLOBERDANZ, P.L.C.**
7047 E. Greenway Pkwy., Ste. 140
Scottsdale, AZ 85254
Attorneys for Richard A. Brandt and Direct Connection, Inc. Pension Fund

Geoffrey M. Khotim
**RIDENOUR, HIENTON, KELHOFFER,**
**LEWIS & GARTH, P.L.L.C.**
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
Attorneys for Montage Defendants
College Properties, Limited
100 W. Camelback, Suite 106
Phoenix, Arizona 85013

Brian J. Mullen
P.O. Box 32247
Phoenix, Arizona 85064
Chapter 11 Trustee

James E. Cross
Brenda Martin
Jason Romero
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
Attorneys for Brian J. Mullen, Trustee

John F. Battaile III
Clifford B. Altfeld
**LEONARD FELKER ALTFELD**
**GREENBERG & BATTAILE, P.C.**
250 N. Mater
P.O. Box 191
Tucson, AZ 85072-0191
Special Counsel for Chapter 11 Trustee

Howard C. Meyers
**BURCH & CRACCHIOLO, P.A.**
702 E. Osborn Rd., Ste. 200
Phoenix, AZ 85014
Attorneys for Loren Jessen, as Trustee of
The Henry Jessen Trust, dated March 9, 1993 and the
Evelyn L. Jessen Trust, dated December 12, 1993

Thomas McCarville
**McCARVILLE LAW FIRM**
501 N. Florence St., Ste. 101
Casa Grande, AZ 85222
Attorneys for Landis Mitchell

5

Case 2:05-bk-10095-DPC   Doc 373   Filed 08/11/08   Entered 08/11/08 13:26:54   Desc
Main Document      Page 5 of 6

| | |
|---|---|
| 1 | Charles Stegall |
| 2 | **STEGALL, KATZ & WHITAKER, P.C.**<br>531 E. Thomas Rd., Ste. 102 |
| 3 | Phoenix, AZ 85012 |
| 4 | Attorneys for Thomas & Bella D'Ambrosio |
| 5 | /s/ Joseph T. Stewart |

6