# JAMES M. LAGANKE, P.L.L.C.
## ATTORNEY AT LAW
13236 North 7th Street, Suite 4-257
Phoenix, Arizona 85022

Office: 602-279-8399
Facsimile: 602-993-5323
Mobile: 602-402-8555
jameslaganke@aol.com

James M. LaGanke
Attorney At Law

VIA FACSIMILE: 602-252-1939

July 28, 2008

Joseph Stewart
Attorney at Law
1100 East Washington Street
Suite 200
Phoenix, AZ 85034-1090

RE: Anthony dePetris

Dear Mr. Stewart:

    There are two (2) purposes for this letter. First, I currently represent Mr. dePetris and Ms. Palmer in connection with the College Property Bankruptcy cases and the lawyers who represented them in those cases. It is my intention to file a lawsuit against some of those lawyers within the next few weeks. Because I represent him at this time, among other reasons, he is directing you to dismiss the action you filed against me immediately. For the record, I don't believe he knew about this action. If you don't dismiss it, I will file a Motion to Dismiss and seek sanctions. I have enclosed a copy of a letter from Mr. dePetris concerning that issue. Mr. dePetris is also requesting the return of all of his files, including the Laymen's file. Please call my office and we'll arrange for pickup of the files.

    The second purpose for this letter is to notify you that we are evaluating a malpractice action against you in connection with your representation of Tony and Patricia in these cases. We would consider an offer of settlement at this time in order avoid the time and expense of litigation, which would include all of the fees paid to you in that case. I believe you were paid more than twenty thousand dollars ($20,000). You may want to contact your carrier. Should you do that, you may want to tell your carrier that you offered my former paralegal one hundred dollars ($100) in cash to take Mr. dePetris files from my office on a Sunday morning last year.

James M. LaGanke P.L.L.C.
Page 2 of 2
7/28/2008

There is no reason to contact my client now or in the future, and I anticipate a response within ten (10) days of the date of this letter.

Sincerely,

JAMES M. LaGANKE P.L.L.C.

James LaGanke

Anthony de Petris
6117 East Wilshire
Scottsdale, AZ 85257

July 28, 2008

Joseph Stewart
Attorney at Law
1100 East Washington Street
Suite 200
Phoenix, AZ 85034-1090

Dear Mr. Stewart:

You are hereby directed to dismiss the pending action against James LaGanke immediately. He represents me now in connection with the College Property cases. I would appreciate it if you would do it within the next few days.

Very truly yours,

*Anthony de Petris*

Anthony de Petris

Thursday, August 07, 2008 7:51 AM        p.01

# JAMES M. LAGANKE, P.L.L.C.
## ATTORNEY AT LAW
13236 North 7th Street, Suite 4-257
Phoenix, Arizona 85022

Office: 602-270-8399
Facsimile: 602-993-5323
Mobile: 602-402-8585
jameslaganke@aol.com

James M. LaGanke
Attorney At Law

VIA FACSIMILE: 602-252-1939

August 7, 2008

Joseph Stewart
Attorney at Law
1100 East Washington Street
Suite 200
Phoenix, AZ 85034-1090

RE: Anthony dePetris and Patricia Palmer

Dear Mr. Stewart:

    Tomorrow, I will be filing a Complaint against you, your wife, and your professional corporation on behalf of Anthony dePetris and Patricia Palmer. If there is a convenient time for service of the Complaint, please fax or call and I'll arrange for my process server to be there at that time. On July 28, 2008, I faxed you a letter offering the possibility of settlement discussions. As of this date, you have not responded in any way to that letter, other than to call my clients and threaten them, and make false and defamatory statements about myself and a third party who has nothing to do with this case. I have referred the defamation case to Pamela Thompson's attorney and I believe you can expect a letter from him within the next few days. You also have not responded in any way to my clients' request for their files and clearly they are entitled to those files.

    If you continue to withhold my client files and property, you're going to leave me with a limited range of choices. It is my understanding that a friend of Mr. dePetris called you and you told him during that telephone conversation that you knew who he was. To my knowledge, you've never spoken to him before that call, and at the end of the call you told him to "Go F___ himself" and then hung up.

    If you continue to refuse to turnover my clients' files, I will have no choice other than to file a Bar Complaint, which I don't want to do. Please provide me

James M. LaGanke P.L.L.C.
Page 2 of 2
8/7/2008
with a date and time when the files can be picked up. If you contact my clients again, I will also file a Bar Complaint.

    The offer in my letter of July 28, 2008 to sit down and talk about these issues is still on the table. You're friend at the Trustee's Office will not be able to help you with this. You're on your own. You may want to think about that offer.

Sincerely,

JAMES M. LaGANKE P.L.L.C.

James LaGanke